Benjamin E. SCHREIBER, Appellant,

v.

John AULT; Jerry Manternach; Donald Folkerts, Appellees.

No. 02–1022.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 7, 2002.

Decided Feb. 11, 2002.

Before HANSEN, Chief Judge, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Benjamin Schreiber appeals the district court's pre-service dismissal of his 42 U.S.C. § 1983 action as frivolous. Having carefully reviewed the record, we conclude dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Circuit Rule 47B.